```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 08 B 00590
   JESUS VILCHIS
   MARISSA C VILCHIS                            CHAPTER 13

                                                JUDGE: BRUCE W BLACK
           Debtor
   SSN XXX-XX-4999    SSN XXX-XX-4995


--------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 01/11/08 .

   2.  The case was dismissed without confirmation, 05/30/2008.

   3.  The Debtor paid a total of $   4689.22 .

   4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| SAXON MORTGAGE SERVICES | CURRENT MORTG | .00 | .00 | .00 |
| SAXON MORTGAGE SERVICES | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| SAXON MORTGAGE SERVICES | SECURED | .00 | .00 | .00 |
| SAXON MORTGAGE SERVICES | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| HSBC AUTO FINANCE | SECURED VEHIC | 23650.72 | .00 | 3539.28 |
| WILL COUNTY TREASURER | PRIORITY | NOT FILED | .00 | .00 |
| INTERNAL REVENUE SERVICE | PRIORITY | NOT FILED | .00 | .00 |
| BANFIELD PET HOSP | UNSECURED | NOT FILED | .00 | .00 |
| FIA CARD SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| BANKFIRST | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| PROVIDIAN | UNSECURED | NOT FILED | .00 | .00 |
| TARGET | UNSECURED | NOT FILED | .00 | .00 |

Summary of disbursements:

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 23650.72 | .00 | .00 | .00 | 23650.72 |
| PRINCIPAL PAID | 3539.28 | .00 | .00 | .00 | 3539.28 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | 3539.28 | .00 | .00 | .00 | 3539.28 |

```
The Debtor's attorney, CHARLES R WOLF & ASSOC     , was allowed $   2900.00
and was paid $    800.00  direct and $    877.96  through the plan.

The Trustee received $    271.98 .

Refunds to the Debtor totaled $      .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
```

in this case.

Dated: 08/20/08                           /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE